**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

UNITED STATES OF AMERICA

VS.                                            4:06CR0000318-ALL JTR

ADRIANA BERMUDEV-VARGAS;
ANDRES ARELLANO-ULLOA;
SARA GONZALEZ-PEDROZA;
LETICIA ARRELANO-GARCIA;
LATONIA NOWDEN; and
SHARITA GILBERT

**ORDER**

Pending before the Court is the Government's Motion to Dismiss the Information pending

against all named Defendants in this case.  (Docket entry #90.)  The Government represents that the

ends of justice would be served by dismissal because the Defendants are either appearing before a

United States Immigration Court, or are being recommended for the Pre-Trial Diversion Program.

*Id.*  The Court finds good cause for granting the Government's Motion.

IT IS THEREFORE ORDERED THAT the Government's Motion to Dismiss Information

(docket entry #90) is GRANTED as to Defendants Adriana Bermudev-Vargas, Andres

Arellano-Ulloa, Sara Gonzalez-Pedroza, Leticia Arellano-Garcia, Latonia Nowden, and Sharita

Gilbert.

Dated this 2nd day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE